IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       CASE NO. 1:08-cv-00093-MP-AK

2002 ATLAS VEHICLE TRAILER,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Motion to Dismiss by United States of America. The government has moved to dismiss this case, as it will pursue forfeiture in the related criminal case No. 1:08-cr10-SPM/AK, and no party has objected to the motion. Accordingly, the case is DISMISSED WITHOUT PREJUDICE.

    **DONE AND ORDERED** this  *28th* day of October, 2009

                                      *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge